In the Matter of the Accounting of SELENA STEVENS (Now Deceased), as Executor of CLARENCE B. STEVENS, Deceased.

JOHN L. STEVENS, Individually and as Administrator with the Will Annexed of CLARENCE B. STEVENS et al., Respondents; GEORGE E. LEROY et al., Individually and as Executors of SELENA STEVENS, Deceased, et al., Appellants.

(Argued October 2, 1934; decided October 16, 1934.)

*Willis H. Ryder* and *Clayton Ryder* for appellants.

*Harrison T. Slosson, Edwin B. Covey* and *Edward P. Barrett* for respondents.

Appeal dismissed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.